THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BASIL McCULLOUGH, Appellant.

Submitted October 4, 1949; decided October 5, 1949.

*Julian B. Erway, District Attorney (Harold E. Koreman* of counsel), for motion.

*Basil McCullough,* in person, opposed.

Motion denied.